## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

THE BACKER LAW FIRM, LLC, on behalf   **)**
of itself and all those similarly situated,   **)**
  **)**
          Plaintiff,   **)**
  **)**
v.   **)**      Case No: 4:15-CV-00327-SRB
  **)**
COSTCO WHOLESALE CORPORATION,   **)**
  **)**
          Defendant.   **)**

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

COMES NOW Plaintiff and, pursuant to Rule 23, respectfully moves the Court for

an Order:

(a)    Determining that Plaintiff's TCPA claim against Defendant shall be

maintained as a class action with the proposed Plaintiff class defined as:

> All persons or entities appearing in the *List of Class Members* to whom Defendant sent one or more facsimiles promoting its products, services, or memberships between April 2, 2011 and April 2, 2015.

> Excluded from the class are ABC Business Forms, Inc., Defendant and its officers, directors, and employees, Defendant's counsel, any persons who previously have settled TCPA claims with Defendant, the Court and Court personnel, and counsel for the Plaintiff.

> The *List of Class Members* contains information designated by Defendant as confidential and, therefore, is being provided to the Court under seal.

(b)    Appointing Plaintiff The Backer Law Firm, LLC as class representative;

(c)    Appointing Noah K. Wood and Ari N. Rodopoulos of the Wood Law Firm,

LLC as lead class counsel; and

(d)    Any other relief the Court deems just and proper.

The Backer Law Firm, LLC v. Costco Wholesale Corp.                          1
*Motion For Class Certification*

**WHEREFORE**, for the reasons set forth here and in Plaintiff's Memorandum in Support, filed herewith, Plaintiff respectfully requests this Court to grant its Motion for Class Certification.

Respectfully submitted,

WOOD LAW FIRM, LLC

By: /s/ Ari N. Rodopoulos
     Noah K. Wood          MO #51249
     noah@woodlaw.com
     Ari N. Rodopoulos     MO #58777
     ari@woodlaw.com
     1100 Main Street, Suite 1800
     Kansas City, MO 64105-5171
     T: (816) 256-3582
     F: (816) 337-4243
     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2017, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By: /s/ Ari Rodopoulos
    *Attorneys for Plaintiff*