# Exhibit 1

List of Class Members
filed under seal

