IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| THE BACKER LAW FIRM, LLC, on behalf of itself and all those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 4:15-CV-00327-SRB |
| COSTCO WHOLESALE CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

COMES NOW Plaintiff, by and through Class Counsel, and moves the Court for an order: (i) granting final approval of the parties' settlement; and (ii) approving the plan of allocation as described in the Settlement Agreement.

WHEREFORE, for the reasons described in the Suggestions in Support of Motion for Final Approval of Class Action Settlement, Plaintiff prays this Court enter the order requested above, and any other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

WOOD LAW FIRM, LLC

By   /s/ *Ari N. Rodopoulos*
Noah K. Wood            MO Bar #51249
noah@woodlaw.com
Ari N. Rodopoulos       MO Bar #58777
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiff and Plaintiff Class

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of November, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification to all attorneys of record.

By _/s/ Ari N. Rodopoulos_
Attorney for Plaintiff and Plaintiff Class