# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE BACKER LAW FIRM, LLC, on behalf of itself and all those similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No: 4:15-CV-00327-SRB |
| COSTCO WHOLESALE CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES, AND REPRESENTATIVE PLAINTIFF INCENTIVE AWARD

**COMES NOW** Plaintiff, by and through Class Counsel, and, pursuant to Rule 23 and the Settlement Agreement, moves the Court for an Order: (i) approving an award of $99,726.67 in attorneys' fees; (ii) an award of $16,584.23 in costs advanced by Class Counsel; and (iii) an incentive award of $5,000.00 for the Representative Plaintiff.

**WHEREFORE**, for the reasons described in its Suggestions in Support of Plaintiff's Motion for An Award of Attorney's Fees, Reimbursement of Expenses, and Representative Plaintiff Incentive Award, Plaintiff prays this Court enter the order requested above, and any other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

WOOD LAW FIRM, LLC

By   /s/ *Ari N. Rodopoulos*
Noah K. Wood             MO Bar #51249
noah@woodlaw.com
Ari N. Rodopoulos         MO Bar #58777
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiff and Plaintiff Class

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of November, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification to all attorneys of record.

By      */s/ Ari N. Rodopoulos*
        Attorney for Plaintiff and Plaintiff Class